# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 3, 2021

## NO. 03-20-00454-CV

**D. J. and A. S., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
AFFIRMED -- OPINION BY JUSTICE KELLY;
CONCURRING OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on August 10, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. No adjudication of costs is made.